# THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re:

| | |
|---|---|
| **BEDIONG A. NYOKON** | Case No. 25-50540 |
| | Chapter 13 |
| Debtor | |

### NOTICE OF HEARING ON MOTION TO APPROVE SALE OF REAL PROPERTY

Notice is hereby given of the expedited hearing on the Debtor's Motion to Approve the Sale of Real Property, which is scheduled to be held on the December 18, 2025 at 9:30 a.m. before Judge Rebecca Connelly via Zoom Video Conference, URL: https://www.zoomgov.com/j/1609863053, Meeting ID: 160 986 3053.

Respectfully submitted,

NEW DAY LEGAL, PLLC

/s/ Suad Bektic
Suad Bektic, Esquire, VSB # 90012
8500 Mayland Drive, 1st Floor
Richmond, VA 23294
Tel: (540) 349-3232
Fax: (888) 612-0943
sbektic@newdaylegal.com
*Counsel for the Debtor*

### CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, a true copy of the foregoing Notice was served via the CM/ECF system, to the Chapter 13 Trustee, to all creditors or parties in interest who have requested notices in the case, and to the Debtor.

/s/ Suad Bektic
Suad Bektic VSB # 90012

THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

In re:

| **BEDIONG A. NYOKON** | Case No. 25-50540 |
|---|---|
| | Chapter 13 |
| Debtor | |

## MOTION TO APPROVE SALE OF REAL PROPERTY

COMES NOW the Debtor, Bediong A. Nyokon, by counsel, pursuant to 11 U.S.C. § 363(b)1, FRBP 2003(c)(1), and LBR 6004-3, and they hereby move this Honorable Court to approve sale of certain real property. In support thereof, the Debtor states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

2. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and 157(b)(2)(O).

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

4. The Debtor filed his Chapter 13 bankruptcy proceeding on September 12, 2025.

5. On October 10, 2025, the Debtor filed his Chapter 13 Plan, which is currently scheduled for confirmation on November 20, 2025 but there is also a Trustee Objection to Confirmation. His Chapter 13 plan is not currently confirmed and may not be when this motion is heard.

6. The Debtor seeks to sell a parcel of real estate that has a recorded judgment lien on it from Phillip Vaught in the amount of $13,539.46 and the lien is also attached to his primary home at 1140 Happy Ridge Dr., Front Royal, VA 22630. The property address is 0.46 acres of land at 0 Panoramic Lane, Front Royal, VA 22630. The property is more particularly described as:

      L 43 Point-O-Woods SH 2 AC per Plat Deed 145-428 in District 05, South River

7. On or about October 11, 2025, he was presented with a Sales Contract for Unimproved Land for an offer by Calcutta Investments, LLC., for the amount of $25,000 cash offer and the seller offered a deposit in the amount of $750.00 being held by the Settlement Agent. After review, he accepted the offer and the contract was ratified on October 16, 2025.

8. The pertinent details of the sale are as follows:

   a. The undeveloped land can be sold for $25,000.
   b. The seller will gross approximately $22,415.00 from the sale of the property.
   c. The Trustee will have ample funds to pay the lien in full to Phillip Vaught.
   d. The debtor would like to be able to keep up to $5000.00 of the proceeds.
   e. There is no relationship other than professionally between the parties involved in this transaction.

9. The Debtor would like to retain up to $5000.00 with the remainder of the funds which would leave approximately $3,875.54 being paid to the Trustee towards his Chapter 13 plan balance.

WHEREFORE, the Debtor prays that the Court enter an Order to approve the Motion to Approve Sale of Real Property and for such other and further relief as this Court deems just.

      Respectfully submitted,

      BEDIONG A. NYOKON
      By Counsel

NEW DAY LEGAL, PLLC

/s/ Suad Bektic
Suad Bektic, Esquire, VSB #90012
8500 Mayland Drive, 1st Floor
Richmond, VA 23294
Phone: 540-349-3232
Fax: 888-612-0943
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2025 a true copy of the foregoing Motion to Approve Sale of Real Property was served via the CM/ECF system or regular US Mail, to the Chapter 13 Trustee, to the Debtor, and to all interested parties who have requested notice in this matter.

                                        /s/ Suad Bektic
                                           Suad Bektic VSB # 90012